UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

               Plaintiff,

     v.

CITY OF LOS ANGELES,

               Defendant.

Case No. 2:24-cv-08458-TJH-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the December 15, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Plaintiff's Objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which Plaintiff has objected. This Court agrees with, accepts, approves and adopts the Report and Recommendation and the findings therein and overrules the Objections.

///

///

IT IS HEREBY ORDERED that Plaintiff's other pending motions/ objections are also denied/overruled and this action is dismissed without leave to amend.

IT IS SO ORDERED.

DATED: January 20, 2026

HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE