UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILLIAMS,<br><br>                    Plaintiff,<br><br>            v.<br><br>CITY OF LOS ANGELES,<br><br>                    Defendant. | Case No. 2:24-cv-08458-TJH-JC<br><br><br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, Judgment shall be entered dismissing this action without leave to amend.

IT IS SO ADJUDGED.

DATED:  January 20, 2026

_____

HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE